**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY D. SMITH, )<br>               Plaintiff, )<br>  -v- )<br>MCLANE FOODSERVICE, INC., )<br>              Defendants. ) | Case No. EDCV 10-1617-DOC(FFMx)<br><br>ORDER DISMISSING<br>CIVIL ACTION |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to reopen this action if settlement is not consummated.

DATED: May 31, 2011

_____
 DAVID O. CARTER
 United States District Judge